CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUL 29 2008

JOHN F. CORCORAN, CLERK
BY: /s/ J. Budd
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| STACY A. GRIFFIN,<br>    Plaintiff, | Civil Action No. 7:07-cv-00441 |
| v. | **FINAL ORDER** |
| COMMONWEALTH OF VIRGINIA,<br>et al.,<br>    Defendants. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion to voluntarily dismiss all claims against defendants Kimbriel and Broughton (docket number 25) is **GRANTED**; defendants' motion for summary judgment is **GRANTED**; any other pending motions are hereby **DENIED as MOOT**, and this case is **STRICKEN** from the active docket of the court.*

The Clerk is directed to send copies of this Order and accompanying Memorandum Opinion to plaintiff and to all counsel of record for defendants.

ENTER: This 29th day of July, 2008.

/s/ James C. Turk
Senior United States District Judge

---

* Plaintiff is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within thirty days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).